Commonwealth ex rel. Miller *v.* Miller, Appellant.

 Argued November 13, 1969. *Caram J. Abood,* with him *Green, Gibson & Abood,* for appellant; *Alexander Ogle,* District Attorney, for appellee.

Final decree affirmed.